IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFONSO MOUZON,

        Petitioner,

  v.

BEN MCLAIN, Executive Director,

        Respondent.
                                      /

No. CV-07-4070 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DISMISSED. The dismissal is without prejudice to petitioner's filing a new federal habeas petition once his state civil commitment proceedings are completed and he has exhausted state court remedies concerning all claims he wishes to raise in federal court.

Dated: November 29, 2007

                                            Richard W. Wieking, Clerk

                                            *Tracy Lucero*

                                            By: <u>Tracy Lucero</u>
                                            <u>Deputy Clerk</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFONSO MOUZON,

        Petitioner,

  v.

BEN MCLAIN, Executive Director,

        Respondent.
                                    /

No. CV-07-4070 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DISMISSED. The dismissal is without prejudice to petitioner's filing a new federal habeas petition once his state civil commitment proceedings are completed and he has exhausted state court remedies concerning all claims he wishes to raise in federal court.

Dated: November 29, 2007                            Richard W. Wieking, Clerk

                                                                  *Tracy Lucero*

                                                           By: Tracy Lucero
                                                           Deputy Clerk