Att; Court Clerk,

My name is Alfonso Munyon and I'm writing in regards of an appeal that was filed in this court, late last year. I'm requesting a filed copy of it in-order that I may know the docket number that it's been filed under.
The actual case number from the U.S. District Court, was/is, 153274
Please get to me as soon as possible, for at this time, I'm indigent.

61450
mm

Thankyou,
A. Munyon.

March 2, 2008

Mr. Alfonso Monzon.
O-4173 Unit-7
P.O. Box 5003
Coalinga, Calif. 93210

Legal Mail



NEOPOST
APR 01 2008
US POSTAGE
$0.41
First-Class Mail
MAILED FROM 93210
048J0085002665

9410243661

From: San Fr....

U.S. Court Of Appeals
For The Ninth Circuit.
450 Golden Gate Ave.
18th FL. (Att: Court Clerk)
San Francisco, CA 94102