**FILED**

UNITED STATES COURT OF APPEALS

AUG 28 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALFONSO MOUZON,<br><br>    Petitioner - Appellant,<br><br>v.<br><br>BEN MCLAIN, Executive Director,<br><br>    Respondent - Appellee. | No. 08-15021<br><br>D.C. No. CV-07-04070-MMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:    SCHROEDER and KLEINFELD, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions are denied.

NJ/COA