**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 3, 2008

CASE NUMBER:   **CV 07-04070 MMC**
CASE TITLE:    **ALFONSO MOUZON -v- COALINGA STATE HOSPITAL**
DATE MANDATE FILED:  9/3/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: *Alfred Amistoso* (signature)
Alfred Amistoso
Case Systems Administrator

Distribution:  CIVIL     -   Counsel of Record

CRIMINAL  -   Counsel of Record
              U.S. Marshal (Copy of Mandate)
              U.S. Probation Office

NDC App-16