Att; Court Clerk,

FILED
08 SEP 11 PM 2:28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
SEP 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

My name' is A. Mouyen.

I'm writing, in search of some information, please.

I received a notice of denial of appealability concerning case No. CV-07-04070 MMC. (August 28, 2008)

I need to know what was/is, that petition about?

Please get back to me as soon as possible, so that I may have an idea as to what other legal avenues to take.

Maybe a copy of the filed petition?

Sincerely,
A. Mouyen.

September 10, 2008

Mr. Alfonso Mouzon.
CG-473-9  Unit-7
P.O. Box 5083
Coalinga, CA. 93210

Legal Mail

Office Of The Clerk
U.S. District Court.
450 Golden Gate Ave.
San Francisco, CA. 94102

NEOPOST
$0.42
SEP 09 2008
US POSTAGE
First-Class Mail
MAILED FROM 93210
048J0085002666